NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL STEPHEN GEERS,**

*Petitioner*

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**

*Respondent*

---

2024-1849

---

Petition for review of the Merit Systems Protection Board in No. AT-0752-17-0456-I-1.

---

## O R D E R

Michael Stephen Geers filed an opening brief in the above-captioned appeal. The Clerk of Court found the document to be non-compliant. Pursuant to the December 12, 2024 notice of non-compliance, failure to timely file a corrected version may result in the documents being stricken.

The petitioner having failed to file the corrected brief required by Federal Circuit Rule 31(a) within the time permitted by the court's January 8, 2025 order,

2                                                    GEERS v. DHS

IT IS ORDERED THAT:

(1) The certificate of interest and entry of appearance
    are stricken.

(2) The petition for review be, and the same hereby is,
    DISMISSED, for failure to prosecute in accordance
    with the rules. See Fed. Cir. R. 25(c)(4); Fed. Cir. R.
    31(d).

FOR THE COURT

March 4, 2025
    Date

Jarrett B. Perlow
Clerk of Court